DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

**DAVID M. FREW,**

Defendant.

Criminal No. 22-483 (MAS)

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                     .

Date: May 12, 2023

PHILIP R. SELLINGER
United States Attorney

By:    _Alexander E. Ramey_
Alexander E. Ramey
Assistant U.S. Attorney