UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | **Crim. No. 22-483 (MAS)** |
| | : | |
| | : | **SENTENCING SUBISSION** |
| | : | **NOTICE OF DEFENDANT** |
| | : | |
| David Frew | : | |
| Defendant. | | |

Please be advised that, on this date, defendant submitted sentencing materials to the Court in this case.

Respectfully submitted,

*s/ Benjamin West*

Benjamin J. West
Assistant Federal Public Defender
Federal Public Defender Office District of New Jersey
South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, New Jersey 08609
(609) 649-8364

Dated: May 30, 2023